UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>ROBERT COPLAN, MARTIN NISSENBAUM, RICHARD SHAPIRO, BRIAN VAUGHN, DAVID L. SMITH, and CHARLES BOLTON<br><br>Defendants. | **NOTICE OF APPEARANCE**<br><br>(S1) 07 Cr. 453 (SHS)<br><br>Hon. Sidney H. Stein |

PLEASE TAKE NOTICE that Howard E. Heiss hereby enters his appearance as counsel of record for the defendant herein, Charles E. Bolton, in connection with the above-captioned matter.

Dated: March 4, 2008
       New York, New York

Respectfully submitted:

O'Melveny & Myers LLP

By: _____
    Howard E. Heiss

Times Square Tower
7 Times Square
New York, New York 10036
Tel: (212) 326-2000
Fax: (212) 326-2061
E-Mail: hheiss@omm.com

*Attorney for Defendant*
Charles E. Bolton

Deborah Landis, Esq.
John Sullivan, Esq.
U.S. Attorney's Office
Southern District of New York
One St. Andrew's Plaza
New York, New York 10007

Paula M. Junghans, Esq.
Andrew Goldfarb, Esq.
Zuckerman Spaeder LLp
1800 M Street NW, Suite 1000
Washington, D.C. 20036

Brian D. Lindner, Esq.
Isabelle A. Kirshner, Esq.
Clayman & Rosenberg
305 Madison Avenue, Suite 1301
New York, New York 10165

John Joseph Tigue, Jr.
Kristy Watson Milkov
Morvillo, Abramowitz, Grand, Iason, Anello & Bohrer, P.C.
565 Fifth Avenue
New York, New York 10017

James B. Tucker, Esq.
Peter H. Barrett, Esq.
Robert G. Anderson, Esq.
Amanda B. Barbour, Esq.
Butler, Snow, O'Mara, Stevens & Canada, PLLC
P.O. Box 22567
Jackson, MS 39225

Paul B. Bergman, Esq.
Paul B. Bergman, P.C.
950 Third Avenue
New York, New York 10022