UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>ROBERT COPLAN, MARTIN NISSENBAUM, RICHARD SHAPIRO, BRIAN VAUGHN, DAVID L. SMITH, and CHARLES BOLTON<br><br>Defendants. | **NOTICE OF APPEARANCE**<br><br>(S1) 07 Cr. 453 (SHS)<br><br>Hon. Sidney H. Stein |

　　　　　PLEASE TAKE NOTICE that Mark Racanelli hereby enters his appearance as counsel of record for the defendant herein, Charles E. Bolton, in connection with the above-captioned matter.

Dated: April 22, 2008
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　Respectfully submitted:

　　　　　　　　　　　　　　　　　　　O'Melveny & Myers LLP


　　　　　　　　　　　　　　　　　　　By: s/ *Mark Racanelli*_____
　　　　　　　　　　　　　　　　　　　　　　Mark Racanelli

　　　　　　　　　　　　　　　　　　　Times Square Tower
　　　　　　　　　　　　　　　　　　　7 Times Square
　　　　　　　　　　　　　　　　　　　New York, New York 10036
　　　　　　　　　　　　　　　　　　　Tel: (212) 326-4403
　　　　　　　　　　　　　　　　　　　Fax: (212) 326-2061
　　　　　　　　　　　　　　　　　　　E-Mail: mracanelli@omm.com

　　　　　　　　　　　　　　　　　　　*Attorney for Defendant*
　　　　　　　　　　　　　　　　　　　Charles E. Bolton

TO:　　Clerk of the Court
　　　　United States District Court
　　　　Southern District of New York
　　　　500 Pearl Street
　　　　New York, New York 10007

Deborah Landis, Esq.
Lauren Goldberg, Esq.
Marshall A. Camp, Esq.
U.S. Attorney's Office
Southern District of New York
One St. Andrew's Plaza
New York, New York 10007

Paula M. Junghans, Esq.
Andrew Goldfarb, Esq.
Zuckerman Spaeder LLP
1800 M Street NW, Suite 1000
Washington, D.C. 20036

Brian D. Lindner, Esq.
Isabelle A. Kirshner, Esq.
Clayman & Rosenberg
305 Madison Avenue, Suite 1301
New York, New York 10165

John Joseph Tigue, Jr.
Kristy Watson Milkov
Morvillo, Abramowitz, Grand, Iason, Anello & Bohrer, P.C.
565 Fifth Avenue
New York, New York 10017

James B. Tucker, Esq.
Peter H. Barrett, Esq.
Robert G. Anderson, Esq.
Amanda B. Barbour, Esq.
Butler, Snow, O'Mara, Stevens & Canada, PLLC
P.O. Box 22567
Jackson, MS 39225

Paul B. Bergman, Esq.
Paul B. Bergman, P.C.
950 Third Avenue
New York, New York 10022