## **CERTIFICATE OF SERVICE**

I, Kristy Watson Milkov, counsel for Richard Shapiro, do hereby certify that on May 5, 2008, I caused to be served a copy of the Notice of Discovery Motions Filed on Behalf of All Defendants, the Memorandum of Law and Affidavit of John J. Tigue, Jr. in support of that motion, and all exhibits to the Affidavit of John J. Tigue Jr. on the following attorneys through the ECF filing system for the Southern District of New York.

    Lauren Goldberg, Esq.
    Marshall Camp, Esq.
    Assistant U.S. Attorneys
    Southern District of New York
    One St. Andrew's Plaza
    New York, NY 10007

    Paula M. Junghans, Esq.
    Andrew N. Goldfarb, Esq.
    Zuckerman Spaeder LLP
    1800 M Street, NW, Suite 1000
    Washington, DC 20036

    Charles E. Clayman, Esq.
    Brian D. Linder, Esq.
    Isabelle Kirshner, Esq.
    Clayman & Rosenberg
    305 Madison Avenue
    New York, NY  10165

    Paul B. Bergman, Esq.
    950 Third Avenue
    New York, NY  10022

    Peter H. Barrett, Esq.
    Butler, Snow, O'Mara, Stevens
     & Cannada, PLLC
    P.O. Drawer 4248
    Gulfport, MS  39502

1379326.1

2

Howard Heiss, Esq.
Mark A. Racanelli, Esq.
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

/s/ Kristy Watson Milkov
Kristy Watson Milkov

1379326.1